UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KAREEM MARTIN,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.
--------------------------------------------------------------x

**ORDER**

21 CV 3268 (VB)

The Clerk is directed to close this case.

Chambers will mail a copy of this Order to petitioner at the following address:

Kareem Martin, Reg. No.71374-054
USP Thomson
U.S. Penitentiary
P.O. Box 1002
Thomson, IL  61285

Dated: August 9, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1